**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**WILLIAM WALDRUP BRASHEARS** **PLAINTIFF**

**v.** **CAUSE NO. 1:26-cv-00064-LG-RPM**

**BURL CAIN, et al.** **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders.

**SO ORDERED AND ADJUDGED** this the 8th day of September, 2026.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge